```
A. GRANT SCHWABE, ESQ.
TRIAD CENGER I, SUITE 550
7666 EAST 61ST STREET
TULSA OK 74133


ASPEN SUN HL
333 W HAMPDEN AVE SUITE 545
ENGLEWOOD CO 80110


AT&T WIRELESS
BOX 650054
DALLAS TX 75265


BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON DE 19801


CENTRAL LOAN ADMINISTRATION & RECOVERY
425 PHILLIPS BLVD.
TRENTON NJ 08618


CHARLES TURNER, ESQ.
38 EAST RIDGEWOOD AVENUE
#395
RIDGEWOOD NJ 07450


CREDIT COLLECTION INC
2915 N CLASSEN BLVD
OKLAHOMA CITY OK 73106


GECRB/PAYPAL SMART CON
PO BOX 965005
ORLANDO FL 32896


GMAC MORTGAGE
PO BOX 4622
WATERLOO IA 50704
```

MIDFIRST BANK
1414 TAURUS
EDMOND OK 73003


MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO CA 92123


MULLINS, HIRSCH, EDWARDS ET AL PC
100 PARK AVENUE
SUITE 400
OKLAHOMA CITY OK 73102


RONALD E. BLACK, JR.
BOX 7181
EDMOND OK 73083


SAMUEL DAVID EDWIN REAL
332028 E. MAY ROAD
WELLSTON OK 74881


SAMUEL DAVID EDWIN REAL
828 W. TOLEDO CIRCLE
BROKEN ARROW OK 74012


TAYLOR, BEAN & WHITTAKER
1417 NORTH MAGNOLIA AVENUE
OCALA FL 34475-9078


THD/CBNA
PO BOX 6497
SIOUX FALLS SD 57117